# United States District Court
# Central District of California

| | |
|---|---|
| TEODORA M. LIRA,<br><br>    Plaintiff,<br><br>v.<br><br>FCA US LLC, *et al*,<br><br>    Defendants. | Case No. 2:17-cv-5529-ODW(AGR)<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION AND VACATe HEARING FOR PARTIAL SUMMARY JUDGMENT [25]** |

## ORDER

The Court, having considered the Parties' Stipulation, with good cause appearing therein, hereby **GRANTS** the Parties' request. Accordingly, Plaintiff Teodora M. Lira's third cause of action for Fraudulent Inducement is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the corresponding hearing for a Motion for Partial Summary Judgment, scheduled for October 1, 2018, is **VACATED**.

**IT IS SO ORDERED.**

September 13, 2018

                                                                      Hon. Otis D. Wright, II
                                                                      United States District Court Judge