# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Teodora M. Lira,

PLAINTIFF(S)

v.

FCA US LLC et al.,

DEFENDANT(S).

CASE NUMBER

CV 17-05529-ODW(AGR)

**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**

This action having been tried before the Court sitting with a jury, the Honorable Otis D. Wright, II, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Teodora M. Lira

take nothing; that the action be dismissed on the merits; and that the defendant(s):

FCA US LLC

recover of the plaintiff(s) its costs of action, taxed in the sum of 0.00.

Clerk, U. S. District Court

Dated: February 7, 2020

By *Sheila English*
Deputy Clerk

At: _____

cc: Counsel of record